UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-20602-JEM

HOWARD COHAN,

     Plaintiff,

vs.                                      INJUNCTIVE RELIEF SOUGHT

CHISHOLM PROPERTIES SOUTH BEACH, INC.,
 a Florida Profit Corporation,
d/b/a THE SURFCOMBER HOTEL,

     Defendant(s).

_____/

## NOTICE OF SETTLEMENT

     Plaintiff, HOWARD COHAN, and Defendant, CHISHOLM PROPERTIES SOUTH BEACH, INC., a Florida Profit Corporation, d/b/a THE SURFCOMBER HOTEL, by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and respectfully request that they not be required to file any further responses, motions, and/or pleadings.

     Respectfully submitted,

By: **/s/ Gregory S. Sconzo**              **s/ Kevin M. Young**
**GREGORY S. SCONZO, ESQUIRE**       **Kevin M. Young, Esq.**
Fla. Bar No.: 0105553                Florida Bar No. 114151
KAPLAN, SCONZO & PARKER, P.A.      SEYFARTH SHAW LLP
3399 PGA Boulevard, Suite 150         1075 Peachtree Street, N.E.
Palm Beach Gardens, Florida 33410     Suite 2500
Telephone: (561) 296-7900             Atlanta, Georgia 30309-3958
Facsimile: (561) 296-7919              Telephone: (404) 885-1500
Email: gsconzo@ksplaw.com            E-mail: kyoung@seyfarth.com
Attorney for Plaintiff                  COUNSEL FOR DEFENDANT

**<u>CERTIFICATE OF SERVICE</u>**

      I HEREBY CERTIFY that on June 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

       **<u>/s/ Gregory S. Sconzo</u>**
       Gregory S. Sconzo, Esq.