UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-20602-JEM

HOWARD COHAN,

    Plaintiff,

vs.                              INJUNCTIVE RELIEF SOUGHT

CHISHOLM PROPERTIES SOUTH BEACH, INC.,
a Florida Profit Corporation,
d/b/a THE SURFCOMBER HOTEL,

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, CHISHOLM PROPERTIES SOUTH BEACH, INC., a Florida Profit Corporation, d/b/a THE SURFCOMBER HOTEL, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismiss this action with prejudice against CHISHOLM PROPERTIES SOUTH BEACH, INC., a Florida Profit Corporation, d/b/a THE SURFCOMBER HOTEL; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED this 17th day of July, 2017.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **s/ Kevin M. Young** |
| Gregory S. Sconzo, Esq. | **Kevin M. Young, Esq.** |
| Florida Bar No.: 0105553 | Florida Bar No. 114151 |
| KAPLAN & SCONZO, P.A. | SEYFARTH SHAW LLP |
| 3399 PGA Boulevard, Suite 180 | 1075 Peachtree Street, N.E. |
| Palm Beach Gardens, Florida 33410 | Suite 2500 |
| Telephone: (561) 296-7900 | Atlanta, Georgia 30309-3958 |
| Facsimile: (561) 296-7919 | Telephone: (404) 885-1500 |
| gsconzo@ksplaw.com | E-mail: kyoung@seyfarth.com |
| myounts@ksplaw.com | COUNSEL FOR DEFENDANT |

1

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              **/s/ Gregory S. Sconzo**
                                              **Gregory S. Sconzo, Esq.**