UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number:   17-20602-CIV-MARTINEZ-OTAZO-REYES

HOWARD COHAN,
    Plaintiff,

vs.

CHISHOLM PROPERY SOUTH BEACH,
IND., a Florida profit corporation, d/b/a THE
SURFCOMBER HOTEL,
    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 19].  It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**.  The parties shall bear their own costs and fees, except as provided for in the parties' Settlement Agreement.   It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of July, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record